## BALDWIN FERTILIZER COMPANY v. COPE.

SIMMONS, C. J. In the trial of an action for the breach of a contract wherein it is stipulated that the employer is to give the employee sixty days' trial, beginning at a certain day, and at the end of the trial to give him a year's employment, dating from the commencement of the trial, provided the employee's services "have proved satisfactory," it is error to instruct the jury in substance that notice of dissatisfaction must have been given within the sixty days. The employer is entitled to a reasonable time after the expiration of the sixty days to give this notice. What is a reasonable time is a question to be passed upon by the jury in the light of the facts of this particular case. *Judgment reversed. All the Justices concurring.*

Argued February 12,—Decided March 2, 1900.

Appeal. Before Judge Falligant. Chatham superior court. May 16, 1899.

*Lawton & Cunningham,* for plaintiff in error, cited as to time for notice: 63 *Ga.* 755; 64 *Ga.* 737; 67 *Ga.* 325; 91 *Ga.* 698; 97 *Ga.* 10-14; 50 Mich. 565, s. c. 15 N. W. Rep. 906; 83 Ala. 445, s. c. 3 So. Rep. 893; 19 Pickering, 349; 51 Md. 512, s. c. 34 Am. Rep. 323.

*Charlton, Mackall & Anderson,* contra.